# United States District Court
## for the
### Western District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 11-MJ-676 |
| ROBERT WILSON | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*     ROBERT WILSON                                                           , who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   **X** Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

knowingly and unlawfully conspiring to possess with intent to distribute one kilogram or more of heroin in violation of Title 21, United States Code, Section 846; knowingly and unlawfully attempting to possess with intent to distribute 100 grams or more of heroin in violation of Title 21, United States Code, Section 841 (a)(1), (b)(1)(B); and knowingly and unlawfully aiding and abetting the commission of an offense in violation of Title 18, United States Code, Section 2.

Date:   November 22, 2011

*Issuing officer's signature*

City and state: Rochester, New York

HON. JONATHAN W. FELDMAN, U.S.D.J.
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11-21-11, and the person was arrested on *(date)* 11-22-11
at *(city and state)* Scranton, PA.

Date: 11-22-11

*Arresting officer's signature*

DEA S.A. James Sprute
*Printed name and title*